1  John S. Devlin III, WSBA No. 23988
   Pilar C. French, WSBA No. 33300
2  James B. Zack, WSBA No. 48122
   LANE POWELL PC
3  1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
4  Seattle, WA  98111-9402
   Telephone: 206.223.7000
5  Facsimile: 206.223.7107

6  *Attorneys for Defendant Chase Bank
   USA, N.A. (erroneously sued herein as
7  "JPMorgan Chase Co.")*

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
9                       AT YAKIMA

10 GARY ZIEGLER,                )
                                )
11              Plaintiff,      )   No. 1:18-cv-03145
                                )
12     v.                       )   NOTICE OF REMOVAL TO
                                )   FEDERAL COURT
13 JPMORGAN CHASE CO.,          )
                                )
14              Defendant.      )
                                )
15 _____)

16     Defendant Chase Bank USA, N.A. (erroneously sued herein as "JPMorgan

17 Chase Co.") ("**Chase**"), by and through its undersigned counsel, hereby removes

18 the above-captioned action, currently pending in the District Court of

19 Washington for Yakima County, to the United States District Court for the

20 Eastern District of Washington. Removal is based on 28 U.S.C. §§ 1331 (federal

21 question jurisdiction) and authorized by 28 U.S.C. §§ 1441 and 1446. As grounds

22 for removal, Chase states:

NOTICE OF REMOVAL TO FEDERAL COURT - 1
No. 1:18-cv-03145

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

122006.0180/7381999.2

## I. BACKGROUND

1. On or about July 9, 2018, Plaintiff Gary Ziegler ("**Plaintiff**") commenced this action by filing a Small Claim and Notice of Mediation Hearing (the "**Complaint**") against Chase in the District Court of Washington for Yakima County (the "**State Court Action**").

2. On or about July 11, 2018, Chase received a copy of the Complaint.

3. In the Complaint, Plaintiff alleges one claim, a violation of the federal Fair Credit Billing Act, 15 U.S.C. § 1666 *et seq*. ("**FCBA**").

## II. STATUTORY REQUIREMENTS

4. Removal of this case is proper pursuant to this Court's federal question jurisdiction under 28 U.S.C. § 1331, which provides federal district courts with original jurisdictions of all civil actions arising under the Constitution, laws, or treaties of the United States. Plaintiff's FCBA allegation arises under the laws of the United States. *See* 15 U.S.C. § 1666 *et seq*.

## III. PROCEDURAL REQUIREMENTS

5. <u>Removal to this Court is Proper</u>. Pursuant to 28 U.S.C. §§ 1441(a)-(b) and 1446(a), Chase files this Notice of Removal in the United States District Court for the Eastern District of Washington, which is the federal district court embracing the state court where Plaintiff has brought the State Court Action - Yakima County, Washington. Venue is proper in this district pursuant to 28 U.S.C. 1391(a) and 28 U.S.C. 128(b).

NOTICE OF REMOVAL TO FEDERAL COURT - 2
No. 1:18-cv-03145

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

122006.0180/7381999.2

6.    <u>Removal is Timely</u>.  The Complaint was received by Chase on July 11, 2018.  Chase has filed this Notice within 30 days after receipt or service of the Complaint in the State Court Action, and as such, removal is timely.  *See* 28 U.S.C. § 1446(b)(2)(B).

7.    <u>Consent</u>.  Chase is the only defendant in this action; therefore, consent of other defendants to removal of the State Court Action is not required.

8.    <u>Bond and Verification</u>.  Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with this Notice of Removal.  Pursuant to Section 1016 of the Act, this Notice need not be verified.

9.    <u>Signature</u>.  This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.  *See* 28 U.S.C. § 1446(a).

10.    <u>Pleadings and Process</u>.  A true and correct copy of the current docket sheet in the State Court Action is attached to the Declaration of James Zack in Support of Notice of Removal to Federal Court as <u>Exhibit A</u>.  *See* 28 U.S.C. § 1446(a).  Chase has paid the appropriate filing fee to the Clerk of this Court upon the filing of this Notice.

11.    <u>Notice</u>.  Chase will promptly serve Plaintiff and file with this Court their Notice of Removal to All Adverse Parties, informing Plaintiff that this matter has been removed to federal court.  *See* 28 U.S.C. §§ 1446(a), (d).  Chase will also promptly file with the Clerk of the District Court of Washington for Yakima County, and serve on Plaintiff, a Notice to Clerk of Removal to Federal

NOTICE OF REMOVAL TO FEDERAL COURT - 3
No. 1:18-cv-03145

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

122006.0180/7381999.2

1  Court, pursuant to 28 U.S.C. § 1446(d).

2      WHEREFORE, this action should proceed in the United States District
3  Court for the Eastern District of Washington, as an action properly removed
4  thereto.

5      DATED:  August 1, 2018

                              LANE POWELL PC

By  *s/ John S. Devlin III*
    John S. Devlin III
    WSBA No. 23988
    devlinj@lanepowell.com

By  *s/ Pilar C. French*
    Pilar C. French
    WSBA No. 33300
    frenchp@lanepowell.com

By  *s/ James B. Zack*
    James B. Zack
    WSBA No. 48122
    zackj@lanepowell.com

    1420 Fifth Ave, Ste 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206.223.7000
    Facsimilie: 206.223.7107

*Attorneys for Defendant Chase Bank USA, N.A.*

NOTICE OF REMOVAL TO FEDERAL COURT - 4
No. 1:18-cv-03145

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

122006.0180/7381999.2

## CERTIFICATE OF SERVICE

I hereby certify that on the day indicated below I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF System, which will notify and provide service to all attorneys and parties of record.

In addition, I hereby certify that I mailed the foregoing document via United States Postal Service to the following non-CM/ECF participants:

Mr. Gary Ziegler
7601 State Route 410
Naches, WA 98937

DATED this 1st day of August, 2018.

*s/ Peter Elton*
Peter Elton
Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT - 5
No.

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

122006.0180/7381999.2