FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY ZIEGLER<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE CO.,<br><br>　　　　　　Defendant. | NO: 1:18-CV-3145-RMP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On July 9, 2018, Plaintiff Gary Ziegler filed a claim for $5,000 in small claims court in Yakima County, Washington against Chase for an alleged violation of the Fair Credit Billing Act ("FCBA"), 15 U.S.C. § 1666. ECF No. 1-2 at 1. Mr. Ziegler claims that Chase violated the FCBA because "[c]harges for goods and services not accepted or were not delivered as agreed," citing a claim ID number thereafter. *Id.* On August 1, 2018, Chase removed this action to federal court. ECF No. 1.

On August 8, 2018, Chase filed a Motion for a More Definite Statement. ECF No. 4. The Court granted Chase's motion and directed Plaintiff to file an

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 1

Amended Complaint by October 11, 2018, warning Plaintiff that failure to do so would result in dismissal of Plaintiff's case. *See* ECF No. 6 at 5. Plaintiff has failed to amend his Complaint as directed. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.
2. All pending motions, if any, are **DENIED AS MOOT**.
3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to Plaintiff at his last known address, and **close this case**.

**DATED** October 23, 2018.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       United States District Judge